

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

**ORDER ON MOTION FOR REHEARING**

Appellate case name:     Title Resources Guaranty Company as Subrogee of SLS Properties
                          v. The Lighthouse Church & Ministries

Appellate case number:    01-18-00015-CV

Trial court case number:  2015-25934

Trial court:              11th District Court of Harris County


      Appellant's motion for rehearing is **denied**.


Justice's signature:     */s/ Richard Hightower*
                        Acting for the Court

The panel consists of Justices Lloyd, Kelly, and Hightower.

Date: **December 3, 2019**